(No. 99121.)

## MARGARET VILL, Appellant, v. THE INDUSTRIAL COMMISSION *et al.* (Loyola University Medical Center, Appellee).

*Opinion filed December 1, 2005.—Rehearing denied January 23, 2006.*

THOMAS, C.J., took no part.

Robert S. Kosin and Marilyn I. Kosin, of Chicago, for appellant.

John P. Bergin, of Braun, Strobel, Lorenz, Bergin & Millman, P.C., of Chicago, and Charles E. Reiter III, of Maywood, for appellee.

PER CURIAM: In this case, one Justice of this Court has recused himself and the remaining members of the Court are divided so that it is not possible to secure the constitutionally required concurrence of four judges for a decision (see Ill. Const. 1970, art. VI, § 3). Accordingly, the appeal is dismissed. The effect of this dismissal is the same as an affirmance by an equally divided court of the

decision under review but is of no precedential value. See *People v. Griffith*, 212 Ill. 2d 57, 58 (2004), citing *Perlman v. First National Bank*, 60 Ill. 2d 529, 530 (1975).

Thomas, C.J., took no part.